IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. VILLACRES,

      Plaintiff,                    No. CIV S-08-1629 DAD P

     vs.

D.K. SISTO, et al.,

      Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: October 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ak
vill1629.59